IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Petitioner,

vs.                            Case No.:  3:08cv106/LAC/EMT

SHERIFF RON McNESBY,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 23, 2008.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus, construed as a Notice of Voluntary Dismissal (Doc. 9), is **GRANTED** and this action is dismissed without prejudice.

**DONE AND ORDERED** this 28th day of May, 2008.

                                                 s/*L.A. Collier*
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**